**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 07-6411**

————————————

DAVID LEE SMITH,

                                        Petitioner - Appellant,

        versus

RICK JACKSON,

                                        Respondent - Appellee.

————————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:06-hc-02061-BO)

————————————

Submitted: July 19, 2007            Decided:  July 24, 2007

————————————

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

————————————

Dismissed by unpublished per curiam opinion.

————————————

David Lee Smith, Appellant Pro Se.   Diane Appleton Reeves, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Lee Smith seeks to appeal the district court's order denying his Fed. R. Civ. P. 59(e) motion for reconsideration of the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Smith has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -